UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                            :

VICKIE M. STRINGER,                        :

                               Plaintiff,        :

                                         :         25-CV-8737 (JMF)

              -v-                   :

                                         :       MEMORANDUM OPINION

KENSINGTON PUBLISHING CORP.,    :          AND ORDER

                                         :

                             Defendant.    :

                                         :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

By motion dated November 28, 2025, Plaintiff has requested that the Court issue an order exempting her from payment of PACER fees and crediting or refunding previously assessed fees incurred during her IFP status. *See* ECF No. 11. That motion is DENIED.

The Court may exempt a filer from PACER fees where it "is necessary in order to avoid unreasonable burdens and to promote public access to information." *Electronic Public Access Fee Schedule*, U.S. Cts. (Dec. 31, 2019), https://www.uscourts.gov/court-programs/fees/electronic-public-access-fee-schedule [https://perma.cc/9XYE-B4L8]. When *pro se* litigants consent to electronic service, however, they are entitled to receive one free copy of the electronic filings in their case. *See id.* ("Parties in a case (including *pro se* litigants) and attorneys of record receive one free electronic copy, via the notice of electronic filing or notice of docket activity, of all documents filed electronically, if receipt is required by law or directed by the filer."); *Electronic Case Filing Rules & Instructions*, U.S. Dist. Ct. for S. Dist. of N.Y. 42 (July 24, 2023) ("If you consent to receiving electronic service, you will receive a Notice of Electronic Filing (NEF) by e-mail each time a document is filed in your case. After receiving the NEF, you are permitted one 'free look' at the document by clicking on the hyperlinked document number in the e-mail."), https://www.nysd.

uscourts.gov/sites/default/files/pdf/ecf_rules/ECF%20Rules%2020230724%20TH%20FINAL%203 .pdf [https://perma.cc/4G4X-LCZF].  The consent form, along with instructions on how to fill it out, can be found at https://www.nysd.uscourts.gov/forms/consent-electronic-service-pro-se-cases.  *See also* ECF Nos. 3, 6.

At this time, Plaintiff has not provided a reason why she cannot save or print the free copy to which she is entitled after consenting to electronic service.  Accordingly, she has not demonstrated that an exemption from PACER charges is necessary.  If Plaintiff has difficulties accessing and using PACER, she may renew her motion.  In doing so, she should submit any invoices that she has received from PACER and set forth any reasons why she cannot download and save electronically filed documents and thereby avoid incurring PACER charges.

Plaintiff also seeks retroactive relief for the PACER charges incurred to date.  *See* ECF No. 11, at 2.  Mindful that a party seeking an exemption from PACER fees "must demonstrate that an exemption beyond the automatic exemptions," including the free copy for parties, "is necessary to avoid unreasonable burdens and to promote public access," and that "a party seeking a discretionary exemption cannot solely rely on his IFP status alone," *Pina v. New York State Gaming Comm'n*, No. 24-CV-5383 (LTS), 2024 WL 3565780, at *2 (S.D.N.Y. July 29, 2024) (cleaned up), the Court denies this request at this time.  If Plaintiff feels she has a valid reason to be exempted from those costs, she may submit a letter stating those reasons along with an invoice listing the charges she has incurred.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff and to terminate ECF No. 11.

SO ORDERED.

Dated: December 3, 2025
      New York, New York

                                        JESSE M. FURMAN
                                        United States District Judge