UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                     :

VICKIE M. STRINGER,                 :

                   :

          Plaintiff,       :

                   :          25-CV-8737 (JMF)

     -v-              :

                   :         <u>ORDER OF SERVICE</u>

KENSINGTON PUBLISHING CORP.,   :

                   :

          Defendant.     :

                   :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On March 11, 2026, Plaintiff filed a request for the issuance of new summons as to Defendant Kensington Publishing Corp.  ECF No. 17.  As more than ninety days have passed since the issuance of summons in this case, ECF No. 7, and the Court has extended the service deadline, ECF No. 14, the Clerk of Court is directed to issue a new summons in this case.

To allow Plaintiff to effect service on Defendant through the U.S. Marshals Service, **the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Defendant**.  The Clerk of Court is further instructed to deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendant.

The Clerk of Court is directed to issue a new summons for Defendant, complete the USM-285 form with the address for Defendant, and deliver all documents necessary to effect service to the U.S. Marshals Service.  The Clerk of Court is further directed to mail a copy of this Order to Plaintiff.

      SO ORDERED.

Dated:  March 19, 2026
       New York, New York             _____
                               JESSE M. FURMAN
                          United States District Judge

**SERVICE ADDRESS FOR DEFENDANT**

Kensington Publishing Corp.
900 Third Avenue 26th Floor
New York, NY 10022