UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
VICKIE M. STRINGER,                                                     :
                                                                        :
                                       Plaintiff,                       :           25-CV-8737 (JMF)
                                                                        :
                -v-                                                     :           ORDER
                                                                        :
KENSINGTON PUBLISHING CORP.,                                            :
                                                                        :
                                       Defendant.                       :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

By order dated May 8, 2026, the Court directed the parties to appear for an telephonic initial pretrial conference today **at 4:00 p.m.** *See* ECF No. 29. Plaintiff, who is proceeding without counsel, did not appear at the conference.

IT IS HEREBY ORDERED that the conference is RESCHEDULED for **June 25, 2026, at 4:00 p.m.** The conference will be held **in person**, in **Courtroom 24B** of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY. Plaintiff should be prepared to explain to the Court her failure to appear at the June 17, 2026 conference.

In the event that Plaintiff fails to appear at the June 25, 2026 conference, she shall show cause in writing, **no later than July 2, 2026,** why the case should not be dismissed for failure to prosecute and/or as a sanction for failure to comply with the Court's orders. Thereafter, the Court may dismiss the case without further notice to the parties.

SO ORDERED.

Dated: June 17, 2026
       New York, New York

                                                     _____
                                                          JESSE M. FURMAN
                                                          United States District Judge