UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

VICKIE M. STRINGER,

Plaintiff,

-v-

KENSINGTON PUBLISHING CORP.,

Defendant.

---------------------------------------------------------------------X

25-CV-8737 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On July 16, 2026, the Court dismissed this action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute. ECF No. 38. Plaintiff Vickie Stringer now moves, pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, to vacate that Order and reopen this case. ECF No. 39. That motion is denied substantially for the reasons set forth in the Court's July 16, 2026 Order. Put simply, Plaintiff was given multiple opportunities to appear for the initial pretrial conference and warned in no uncertain terms that if she failed to appear for the most recent conference, dismissal would follow. Plaintiff's explanations for her repeated failures are at odds with her earlier excuses for her failures to appear — and, in any event, insufficient to warrant vacatur of the Court's dismissal. *See* ECF No. 33. The Court notes that the dismissal was without prejudice, which means that Plaintiff is free to file a new lawsuit.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith, and *in forma pauperis* status is thus denied. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to terminate ECF No. 39.

SO ORDERED.

Dated: July 21, 2026
New York, New York

JESSE M. FURMAN
United States District Judge